**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GLEN WILLIAM VIRDEN**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:25-cv-00244-KGB**

**FAULKNER COUNTY
DETENTION CENTER UNIT 1,** *et al.*                                    **DEFENDANTS**

**ORDER**

Before the Court is the January 21, 2026, Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 45).   No party has filed objections to the Recommendation, and the time to file objections has passed.    Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).    The Court grants defendants' Sergeant Ussery, Corporal Arditi, and Corporal Eason's motion for summary judgment (Dkt. No. 38) and dismisses without prejudice plaintiff Glen William Virden's conditions of confinement and discrimination claims (Dkt. No. 5).    The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.    28 U.S.C. § 1915(a)(3).

It is so ordered this 2nd day of April, 2026.

Kristine G. Baker
Chief United States District Judge